Chicago Title and Trust Company, Trustee, Appellee,
v. Charles J. Routte et al., Appellees.
Appeal of Steven U. Brooks, Intervening Petitioner,
Appellant.

Gen. No. 40,998.

Heard in first division, first district, this court at October term, 1939; opinion filed April 8, 1940. Campbell, Clark & Miller, for appellant; Richard C. Bleloch and Fred A. Bowes, of counsel; A. Edmund Peterson, Perry Brelin, Arthur F. McCormick and George I. Spensley, for certain appellee; George T. Spensley, of counsel; Gustave B. Ehnborn, for certain other appellees; Gustave B. Ehnborn, of counsel. Opinion by Justice O'Connor. ''Not to be published in full.''